**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: William L. Werner III aka Bill L. Werner | CHAPTER 7 |
| Rebecca J. Werner | BKY. NO. 21-22137 JAD |
| Debtor(s) | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Maria D. Miksich
Maria Miksich
07 Oct 2021, 12:18:04, EDT

Brian C. Nicholas, Esq. (317240) ☐
Maria D. Miksich, Esq. (319383) ☑
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com