UNITED STATES BANKRUPTCY COURT
Western District of Pennsylvania

Debtor(s):    William L. Werner, III and Rebecca J. Werner                                    Bky. No. 21-22137

## LEASE ASSUMPTION AGREEMENT

I/We have notified ACAR Leasing LTD d/b/a GM Financial Leasing in writing of the desire to assume the lease described below (the "Lease"). I/We acknowledge that ACAR Leasing LTD d/b/a GM Financial Leasing has provided notification that it is willing to have the Lease assumed. I/We agree to assume the Lease with ACAR Leasing LTD d/b/a GM Financial Leasing ("Lessor") pursuant to 11 U.S.C. §365(p) and agree to make the monthly payments listed below as required under the Lease. The Lease is hereby incorporated by reference. I/We further agree to be bound by all the terms and conditions of the Lease including but not limited to any and all liability for excess mileage, excess wear and use, early termination liability, and any other amounts required by the Lease. I/We agree to assume the Lease as my/our personal obligation and agree that any protections afforded under 11 U.S.C. §524(a) do not apply to this Lease.

**Description of Lease**

Lease Date: 09/16/2020
Vehicle Description: 2021 GMC Canyon VIN: 1GTG6FEN8M1116325

**Amount Assumed and Payments Due Under Lease**

As of, the amount assumed is $15,243.54 plus all amounts due under the Lease at the termination of the Lease.

Payments due under Lease: 26 Monthly installment(s) in the amount of $586.29 (future payment amount under the Lease may be different) commencing on 10/16/2021 and continuing on the same day of each succeeding month until the end of Lease term (12/16/2023) plus all amounts due under the Lease at the termination of the Lease

I/We assume the Lease through this Lease Assumption Agreement

Lesee (Debtor):                                                                Accepted by Lessor:

_Rebecca J. Werner_                                                 **ACAR Leasing LTD d/b/a GM Financial Leasing**

(Print Name)
_Rebecca J. Werner_                                                 _/s/_

(Signature)
                                                                                (Signature)
Date: _10/11/21_                                                         Lorenzo Nunez

Co-Lessee, if also assuming the Lease:                 (Printed Name and Title of Individual
_William L Werner III_                                           Signing for Lessor)

(Print Name)                                                             Date of Lessor acceptance:
_William J Werner_
(Signature)                                                                 October 12, 2021

Date: _10/11/21_

RECEIVED
OCT 20 2021
CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLVANIA



**GM FINANCIAL**

P.O. Box 183853
Arlington, TX 76096-3853

U.S. POSTAGE PITNEY BOWES
ZIP 76014 $ 001.36
0001397029 OCT

RECEIVED
OCT 20 2021
CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLVANIA