UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                         Bankr. Case No. 21-22137-JAD

William L. Werner, III and Rebecca J. Werner                                                   Chapter 7

    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), ACAR Leasing Ltd. d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        ACAR Leasing Ltd. d/b/a GM Financial Leasing
        PO Box 183853
        Arlington, TX  76096

By  /s/  Lorenzo Nunez_____

Lorenzo Nunez
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                  Bankr. Case No. 21-22137-JAD

William L. Werner, III and Rebecca J. Werner                                          Chapter 7
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on October 21, 2021 :

| | |
|---|---|
| Sarah Elizabeth Connelly<br>Zebley Mehalov & White, P.C.<br>P.O. Box 2123<br>Uniontown, PA 15401 | Robert H. Slone<br>223 South Maple Avenue<br>Greensburg, PA 15601 |

By /s/ Lorenzo Nunez
    Lorenzo Nunez

xxxxx87088 / 1047909